THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 15, 2013



Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: WILLIE CHANDLER and
ANGEL CHANDLER,

Debtors.

Case No. 12-36354-PP
(Chapter 7)

**ORDER TO NULLIFY CONVERSION TO CHAPTER 7 *AS TO MR. CHANDLER* ONLY AND TO DISMISS MR. CHANDLER'S CHAPTER 13 CASE**

On October 11, 2013, the United States Trustee filed a Motion for Court Approval of Stipulation to Nullify Conversion of Case to Chapter 7 *as to Mr. Chandler Only* and for an Order to Dismiss Mr. Chandler's Chapter 13 Case (the "Motion"). The United States Trustee and Debtors' counsel have stipulated to the relief requested. Now, therefore, after considering the record,

IT IS HEREBY ORDERED:

1. The Motion is granted;

2. The conversion of Willie Chandler's case to Chapter 7 is hereby nullified;

3. Willie Chandler's Chapter 13 case is hereby dismissed; and

4. Judgment shall be entered accordingly.

#####

Attorney Michelle S. Y. Cramer
Office of the U.S. Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4478 (fax) (414) 297-4478